EMMA L. RHINOCK, as Executrix of JOSEPH L. RHINOCK, Deceased, Respondent, *v.* EDWARD F. SIMMS, Appellant.

(Argued April 3, 1930; decided May 6, 1930.)

*John W. Davis, William C. Cannon, Russel S. Coutant, Francis W. Phillips* and *Richard Reid Rogers* for appellant.
*John Godfrey Saxe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.